# United States District Court Violation Notice

CVB Location Code: MY90

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7958800 | Gogarty | 277 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 07/17/19  0055 hours
Offense Charged: ☒ CFR  ☐ USC  ☐ State Code
36 CFR 4.23

Place of Offense: NB BW Pkwy @ Rt 410

Offense Description: Factual Basis for Charge
Driving while Intoxicated w/a BrAC/BAC of .08% or more
Case # 19-54607

HAZMAT ☐

7958800

**DEFENDANT INFORMATION**

Last Name: Gurara
First Name: Kaleb
M.I.: Kifle

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| WL0138 | MD | 06 | BMW 330i | ☐ | Blk |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

MA

$ ___ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ ___ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: ___
Date (mm/dd/yyyy): ___
Time (hh:mm): ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature ___

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN 07/29/2019 12:48

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ___
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/29/2019 12:48